ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOEY MANEAFAIGA, | ) | CV 05-00404HG-LEK |
| Plaintiff(s), | ) | |
| vs. | ) | |
| JAMES COOK, Warden, Tallahatchie County Correctional Facility, FRANK LOPEZ, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on 12/14/05, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Peitition For Writ of Habeas Corpus" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, 1·24·06

Chief Judge Helen Gillmor

cc: all parties of record